**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**


| | | |
|---|---|---|
| FRANCIS MARTINEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:16-CV-264 |
| | ) | |
| CONN CORP., INC., | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

The Parties hereto, by and through their respective counsel, hereby advise the Court that this matter has been settled and resolved in its entirety, with the Parties to bear their own costs. The Parties have entered into a lengthy and detailed Settlement Agreement; that Settlement Agreement has been fully executed.  Any funds or fees scheduled to be paid pursuant to the Settlement Agreement have been processed. Any compliance repairs or further work has begun and has a scheduled completion date.  Accordingly, the Parties are in Agreement that this matter should be dismissed with Prejudice, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement, if necessary.


Date: March 6, 2017


__/s/George T. Blackmore___            __/s/ Brian A. Rosenblatt____
Counsel for Plaintiff,                 Counsel for Defendant,
FRANCIS MARTINEZ                       CONN CORP., INC.
Chastain & Afshari, LLP                Bryce Downey & Lenkov LLC
George T. Blackmore, Esq.              Brian A. Rosenblatt, Esq. (IL ARDC# 6243772)
21411 Civic Center Drive, Suite 200    200 N. LaSalle St., Ste. 2700
Southfield, MI 48076                   Chicago, IL 60601
George@cnalawgroup.com                 brosenblatt@bdlfirm.com
Phone: (248) 845-8594                  Phone: (312) 377-1501
Fax: (480) 999-0665                    Fax: (312) 377-1502

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, a copy of the foregoing **Stipulation to Dismiss** was filed electronically.  Notice of this will be sent to the following party listed below by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> George T. Blackmore, Esq.
> Chastain & Afshari, LLP
> 21411 Civic Center Drive
> Suite 200
> Southfield, MI 48076
> E-Mail:  george@cnalawgroup.com

/s/ Brian A. Rosenblatt

Brian A. Rosenblatt (IL ARDC# 6243772)
Bryce Downey & Lenkov LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax:    (312) 377-1502
brosenblatt@bdlfirm.com